COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-06-458-CV

MARCUS BUCKLEY AND NB HOMES, LTD
 
APPELLANTS

V.

DAVID BERNARD AND SONO ITALIANO CORPORATION
 APPELLEES

 
 

----------

FROM THE 342
ND
 DISTRICT COURT OF TARRANT  COUNTY

----------

MEMORANDUM OPINION
(footnote: 1) AND JUDGMENT

----------

We have considered the “Agreed Joint Motion To Affirm Judgment and To Dismiss Appeal Under Texas Rules Of Appellate Procedure 42.1(a)(2)(A) and 43.2(a) and (f).”  It is the court’s opinion that the motion should be granted in part.
(footnote: 2)  Therefore, we dismiss the appeal.  
See
 T
EX.
 R. A
PP.
 P. 42.1(a)(2), 43.2(f).

Costs of the appeal shall be paid by the party incurring the same
, for which let execution issue.  
See 
Tex. R. App. P.
 
43.4.

PER CURIAM

PANEL A:  GARDNER, HOLMAN, and MCCOY, JJ.

DELIVERED:  September 20, 2007

FOOTNOTES
1:
See
 
Tex. R. App. P. 47.4.

2:
The motion asks the court to both affirm the trial court’s judgment and dismiss the appeal.  Under rule 43.2, we may affirm a judgment 
or
 dismiss an appeal; we may not do both.  
Tex. R. App. P.
 43.2(a), (f) (“the court of appeals may: (a) affirm the trial court’s judgment in whole or in part . . . or (f) dismiss the appeal.”).